UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERROL FERNANDEZ, on behalf of
himself and all others similarly situated

        Plaintiff,

v.                                          Case No: 2:13-cv-59-FtM-38UAM

PTL ASSOCIATES, INC. and LUCIA
T. DCOSTA,

        Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Parties' Joint Notice to Court Regarding FLSA Settlement (Doc. #25) and the Parties' Joint Stipulation for Dismissal With Prejudice, both filed on October 17, 2013. The Parties inform the Court that this FLSA matter has settled in full without compromise and the Parties stipulate to the dismissal of the action with prejudice.

Fed. R. Civ. P. 41(a)(1) provides that an action may be dismissed by the plaintiff without order of the court by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Here, all Parties to this litigation who have appeared have signed and consented to the stipulation.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

(1) This matter is hereby **DISMISSED with prejudice** pursuant to the Parties' Joint Stipulation for Dismissal With Prejudice (Doc. #26), with each party to bear its own attorneys' fees and costs.

(2) The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record